UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division


FILED
MAR 30 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

GWENDOLYN NICOLE BUFORD,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,

    Defendant.

Civil Action No. 4:10cv49

## FINAL ORDER

Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B), Rule 72 of the Federal Rules of Civil Procedure, and Rule 72 of the Local Civil Rules, this court referred this matter to United States Magistrate Judge Tommy E. Miller by Order dated July 12, 2010. Magistrate Judge Tommy Miller thereafter set a briefing schedule for motions for summary judgment. After the cross-motions for summary judgment were ripe for review, the case was reassigned to United States Magistrate Judge Douglas E. Miller. On February 1, 2011, Magistrate Judge Douglas Miller filed a Report and Recommendation ("R&R"). The R&R recommends that this court affirm the final decision of the Commissioner of the Social Security Administration.

By copy of the R&R, each party was expressly advised of the right to file written objections to the Magistrate Judge's findings and recommendations within fourteen (14) days from the date the R&R was mailed. The parties were further advised that the district judge would make de novo determinations as to all matters to which timely objections were filed. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). This court has not, however, received written

objections or any other responses or comments to the R&R from either party, and the time for filing such objections has clearly expired.

Although this court is obligated to review, de novo, all portions of the R&R to which objections are filed, "the Court is not required to review the factual or legal conclusions of the Magistrate Judge as to those portions of the Report and Recommendation to which no objections are addressed." North Jefferson Square Assocs., L.P. v. Virginia Housing Dev. Authority, 94 F. Supp. 2d 709, 713 (E.D. Va. 2000); see Thomas v. Arn, 474 U.S. 140, 149 (1985) (rejecting the petitioner's claim that, in the absence of objections to the R&R, "[a] district judge must still review the magistrate's report under some lesser standard").

Although it is under no obligation to do so, this court has reviewed the R&R filed herein, and the court hereby **ADOPTS** in full the findings of fact and conclusions of law contained in the R&R. Accordingly, plaintiff's motion for summary judgment is **DENIED**, and defendant's motion for summary judgment is **GRANTED**. The final decision of the Commissioner is therefore **AFFIRMED**.

The Clerk is **REQUESTED** to send copies of this Final Order to all counsel of record.

**IT IS SO ORDERED.**

/s/
Jerome B. Friedman
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
March 30, 2011

2